IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| GARY W. HUGHES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:09-CV-214 |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

This matter is before the court on the May 19, 2010 report and recommendation filed by Chief Magistrate Judge Dennis H. Inman [doc. 25]. Magistrate Judge Inman recommended that plaintiff's motion for $2,000.00 in attorney fees and $17.13 in expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412 [doc. 21], be granted. There have been no timely objections filed to this report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After a careful review of this matter, the court is in agreement with the magistrate judge's conclusion. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). It is **ORDERED**, for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that plaintiff's motion [doc. 21] is **GRANTED** in the amount of

Two Thousand Seventeen Dollars and Thirteen Cents ($2,017.13).

    **IT IS SO ORDERED.**

    ENTER:

                                       s/ Leon Jordan
                                 United States District Judge